| | |
|---|---|
| 1  MARK E. FERGUSON | |
| 2  BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP | |
|    Courthouse Place | |
| 3  54 West Hubbard Street, Suite 300 | |
|    Chicago, IL 60610 | |
| 4  Telephone:    (312) 494-4400 | |
|    Facsimile:     (312) 494-4440 | |
| 5 | |
| 6  Attorneys for Plaintiffs/Counterdefendants Hewlett-Packard | |
|    Company, Compaq Computer Corporation and Hewlett-Packard | |
| 7  Development Company, L.P. | |
| 8  CHRIS R. OTTENWELLER (SBN 73649) | **E-filed 5/6/05** |
| 9  ORRICK, HERRINGTON & SUTCLIFFE LLP | |
|    1000 Marsh Road | |
| 10 Menlo Park, CA 94025 | |
|    Telephone:    (650) 614-7400 | |
| 11 Facsimile:     (650) 614-7401 | |
| 12 Attorneys for Defendant/Counterclaimant EMC Corporation | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., COMPAQ COMPUTER CORPORATION, | Case No: C 02-04709 JF (HRL) |
| Plaintiffs/Counterdefendants, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE (FRCP RULE 41) AND ORDER THEREON** |
| v. | |
| EMC CORPORATION, | |
| Defendant/Counterclaimant. | |

1    Plaintiffs/Counterclaim Defendants Hewlett-Packard Company, Hewlett-Packard
2  Development Company LP, and Compaq Computer Corporation and Defendant/Counterclaimant
3  EMC Corporation, through their respective counsel of record, hereby stipulate as follows:
4       1.    This action and all claims and counterclaims asserted therein are dismissed with
5  prejudice;
6       2.    Each party shall bear its own costs and attorney's fees; and
7       3.    This Stipulation shall be made an Order of the Court.

8
9  Dated:  May 3, 2005
                                        BARTLIT BECK HERMAN PALENCHAR &
10                                      SCOTT LLP
11
12                                      By_____/s/  Christopher D. Landgraff  /s/_____
                                             Christopher D. Landgraff
13                                      Attorneys for Plaintiffs/Counterdefendants

14  Dated:  May 3, 2005
                                        ORRICK, HERRINGTON & SUTCLIFFE LLP
15
16
17                                      By_____/s/  Todd M. Briggs   /s/  for___
                                             Chris R. Ottenweller
18                                      Attorneys for Defendant/Counterclaimant
19
20       I, Todd M. Briggs, am the ECF User whose identification and password are being
21  used to file this Stipulation for Dismissal of Action with Prejudice (FRCP 41) and [Proposed]
22  Order Thereon.  Pursuant to General Order 45.X.B, I hereby attest that Christopher D. Landgraff
23  of Bartlit Beck Herman Palenchar & Scott LLP, counsel for Hewlett-Packard Company, Hewlett-
24  Packard Development Company, L.P., and Compaq Computer Corporation, has concurred in this
25  filing.
                                        By_____/s/ Todd M. Briggs  /s/_____
26                                           Todd M. Briggs
27
28
                                        STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE
                                        (FRCP RULE 41) AND [PROPOSED] ORDER THEREON
                       -1-              CASE NO. C 02-04709 JF (HRL)

## **ORDER**

On the stipulation of the parties and good cause appearing therefor,

IT IS ORDERED that this action (Case No: C 02-04709 JF (HRL)) and all claims and counterclaims asserted therein are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: 5/6/05

/s/electronic signature authorized

The Honorable Jeremy Fogel
United States District Judge