MARK E. FERGUSON
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, IL 60610
Telephone:     (312) 494-4400
Facsimile:     (312) 494-4440

Attorneys for Plaintiffs/Counterdefendants Hewlett-Packard Company, Compaq Computer Corporation and Hewlett-Packard Development Company, L.P.

CHRIS R. OTTENWELLER (SBN 73649)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:     (650) 614-7400
Facsimile:     (650) 614-7401

**E-filed 5/6/05**

Attorneys for Defendant/Counterclaimant EMC Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| HEWLETT-PACKARD COMPANY, HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., COMPAQ COMPUTER CORPORATION,<br><br>           Plaintiffs/Counterdefendants,<br><br>     v.<br><br>EMC CORPORATION,<br><br>           Defendant/Counterclaimant. | Case No:  C 02-04709 JF (HRL)<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE (FRCP RULE 41) AND ORDER THEREON** |
|---|---|

1       Plaintiffs/Counterclaim Defendants Hewlett-Packard Company, Hewlett-Packard Development Company LP, and Compaq Computer Corporation and Defendant/Counterclaimant EMC Corporation, through their respective counsel of record, hereby stipulate as follows:

    1.    This action and all claims and counterclaims asserted therein are dismissed with prejudice;

    2.    Each party shall bear its own costs and attorney's fees; and

    3.    This Stipulation shall be made an Order of the Court.

Dated: May 3, 2005

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP

By    /s/ Christopher D. Landgraff /s/
    Christopher D. Landgraff
    Attorneys for Plaintiffs/Counterdefendants

Dated: May 3, 2005

ORRICK, HERRINGTON & SUTCLIFFE LLP

By    /s/ Todd M. Briggs /s/ for
    Chris R. Ottenweller
    Attorneys for Defendant/Counterclaimant

      I, Todd M. Briggs, am the ECF User whose identification and password are being used to file this Stipulation for Dismissal of Action with Prejudice (FRCP 41) and [Proposed] Order Thereon. Pursuant to General Order 45.X.B, I hereby attest that Christopher D. Landgraff of Bartlit Beck Herman Palenchar & Scott LLP, counsel for Hewlett-Packard Company, Hewlett-Packard Development Company, L.P., and Compaq Computer Corporation, has concurred in this filing.

By    /s/ Todd M. Briggs /s/
    Todd M. Briggs

-1-

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE
(FRCP RULE 41) AND [PROPOSED] ORDER THEREON
CASE NO. C 02-04709 JF (HRL)

**ORDER**

On the stipulation of the parties and good cause appearing therefor,

IT IS ORDERED that this action (Case No: C 02-04709 JF (HRL)) and all claims and counterclaims asserted therein are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: 5/6/05

/s/electronic signature authorized

The Honorable Jeremy Fogel
United States District Judge